IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02626-LTB-BNB

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

Plaintiff,

v.

MATTHEW THIELEN,
INTERNATIONAL EXCHANGE SERVICES, LLC, a Delaware limited liability company, and
TRADEIXS, LLC, a Florida limited liability company,

Defendants.
_____

**ORDER**
_____

I have reviewed the parties' confidential settlement statements which were submitted in anticipation of a settlement conference scheduled for October 25, 2010. It is apparent that a settlement conference at this time would be a waste of resources.

IT IS ORDERED that the settlement conference set for October 25, 2010, at 1:30 p.m., is VACATED.

Dated October 22, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge