IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02626-LTB-BNB

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

Plaintiff,

v.

MATTHEW THIELEN,
INTERNATIONAL EXCHANGE SERVICES, LLC, a Delaware limited liability company, and
TRADEIXS, LLC, a Florida limited liability company,

Defendants.

_____

# ORDER

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **April 11, 2011**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 28, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge