IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  09-cv-02626-LTB-BNB

WESTERN CONVENIENCE STORES, INC.,

        Plaintiff,

v.

MATTHEW THIELEN,
INTERNATIONAL EXCHANGE SERVICES, LLC, a Delaware limited liability company, and
TRADEIXS, LLC, a Florida limited liability company,

        Defendants.

_____

ORDER

_____

        This matter is before me on the Joint Status Report of the parties herein (Doc 49).

Upon review of the report, the file, and being fully advised in the premises, it is

        ORDERED that this matter is deemed **ADMINISTRATIVELY CLOSED** subject to

being reopened upon motion of any party for good cause shown.  This matter need not be

reopened for submission of final settlement documents.

        IT IS FURTHER ORDERED that the trial preparation conference set May 13, 2011

and the trial set June 13, 2011 are **VACATED**.

                                        BY THE COURT:


                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE

DATED:  April 12, 2011